UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN VIOLA,<br><br>        Plaintiff.<br><br>v.<br><br>MORTON D. KIRSCH,<br><br>        Defendant. | Case No.  16-cv-02006-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Sandra Brown Armstrong to determine whether it is related to Viola v. Davis, Case No. C16-0181 EMC.

**IT IS SO ORDERED.**

Dated: April 19, 2016

_____
EDWARD M. CHEN
United States District Judge