UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA,<br><br>　　　　　　Plaintiff.<br><br>　　v.<br><br>KIRSCH,<br><br>　　　　　　Defendant. | Case No. 16-cv-002006-EMC<br><br>**AMENDED SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Saundra Brown Armstrong to determine whether it is related to IN re Guiseppe Viola, Case No. C11-0817 SBA.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
EDWARD M. CHEN
United States District Judge