UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN VIOLA,<br><br>   Appellant,<br><br>  v.<br><br>MORTON D. KIRSCH, *et al.*<br><br>   Appellees. | Case No. 16-cv-02006-EMC<br><br>**ORDER TO SHOW CAUSE** |

Previously, the Court issued an order instructing the Clerk of the Court to issue the standard bankruptcy appeal scheduling order which sets the briefing schedule. *See* Docket No. 9 (order). However, the standard order sets a briefing schedule based on the designation of the record on appeal. *See* Fed. R. Bankr. P. 8009 (addressing the record on appeal).

The Court agrees with the bankruptcy court that Appellant's designation of the record on appeal is vague and overbroad. *See* Docket No. 1-2 (designation of record on appeal); Docket No. 1-2 (recommendation of bankruptcy court). To the extent Appellant suggests that the entirety of the bankruptcy court file should be designated the record on appeal, the Court agrees with the bankruptcy court that this would be a large and unnecessary burden.

Accordingly, the Court hereby orders Appellant to show cause as to why his appeal should not be dismissed for failure to perfect his appeal. *See, e.g.*, Bankr. L.R. 8009-1(b) (addressing dismissal for failure to perfect appeal). Appellant shall have until July 13, 2016 to respond to this order to show cause. In his response, Appellant may attempt to cure his improper designation of the record on appeal. Appellant is advised, however, that, as stated in the Court's prior order, "[b]ased on the notice of appeal and accompanying statement of interest, the only bankruptcy court orders being appealed are those orders in the bankruptcy case (Bankruptcy Case No. 10-

1  30904) from December 2015." Docket No. 9 (Order at 4).  If Appellant provides a new

2  designation of the record on appeal, that designation should be tailored to this limitation.

4  **IT IS SO ORDERED**.

6  Dated: June 22, 2016

_____
EDWARD M. CHEN
United States District Judge